The National Bank of the State of Florida, Appellant, v. The A. B. Campbell Company, The Freyer & Bradley Music Company and the Chicago Cottage Organ Company, Appellees.

---

Memorandum Decisions.

---

## DIVISION A.

Appeal from Circuit Court, Duval county; Rhydon M. Call, Judge.

*W. H. Baker* and *Alex. St. Clair-Abrams,* for Appellant.

*Cooper & Cooper,* for Appellees.

The bill in this cause was filed by the appellant against the complainant appeals. Decree affirmed.